**FILED**
July 1, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HUNG NGOC PHAM, ) <br> ) <br> Defendant. ) | Case No. 2:10-MJ-00188-GGH <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HUNG NGOC PHAM</u>, Case No. <u>2:10-MJ-00188-GGH</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    X   Bail Posted in the Sum of $ 100,000

        X   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    X   (Other)   <u>with pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 1, 2010</u> at <u>2:00 pm</u>.

By  <u>/s/ Gregory G. Hollows</u>
       Gregory G. Hollows
       United States Magistrate Judge