```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00284 MCE |
| Plaintiff, | AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| DIEP VU, HUNG PHAM, THUY TRAN, and CUONG LONG, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Erin Radekin on behalf of Defendant Diep Vu, Attorney Dina Santos on behalf of Defendant Hung Pham, Attorney David Fischer on behalf of Defendant Thuy Tran, and Attorney Mark Reichel on behalf of Defendant Cuong Long, that the status conference scheduled for February 21, 2013, be continued to Marh 14, 2013.

   The request to continue the status conference is made on the ground that some of the defense counsel are engaged in plea negotiations with the government and nearing final resolution.

1

Other defendants have provided additional information to the government for follow-up investigation regarding appropriate disposition of the matters as to their clients.

All parties agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). All defense counsel agree to this request and have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: February 19, 2013     By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: February 19, 2013     By: /s/ Todd D. Leras for
                                 ERIN RADEKIN
                                 Attorney for Defendant
                                 DIEP VU

DATED: February 19, 2013     By: /s/ Todd D. Leras for
                                 DINA SANTOS
                                 Attorney for Defendant
                                 HUNG PHAM

DATED: February 19, 2013     By: /s/ Todd D. Leras for
                                 DAVID FISCHER
                                 Attorney for Defendant
                                 THUY TRAN

DATED: February 19, 2013     By: /s/ Todd D. Leras for
                                 MARK REICHEL
                                 Attorney for Defendant
                                 CUONG LONG

2

**IT IS HEREBY ORDERED:**

1. The status conference set for February 21, 2013, is continued to March 14, 2013, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including March 14, 2013.

IT IS SO ORDERED.

Dated: February 21, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE