**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DIEP VU

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIEP VU, et al.,<br><br>　　　　Defendants. | **2:10-CR-00284-MCE**<br><br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant Hung Pham, by and through her counsel, Dina Santos, and defendant, Diep Vu, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 11, 2013 at 9:00 a.m., and to continue the status conference to May 9, 2013 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that all above-named defense counsel are still engaged in plea negotiations with the government and other defense preparation. The general terms of the agreement have been negotiated and the parties contemplate plea agreements will be in final form soon. Additional time is needed to discuss the terms of the agreements with defendants as well. The Court is advised that Ms. Santos and Mr. Leras concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

1  The parties further agree and stipulate that the time period from the filing of this stipulation
2 until May 9, 2013 should be excluded in computing time for commencement of trial under the Speedy
3 Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
4 to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.
7  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8 IT IS SO STIPULATED
9 Dated: April 9, 2013                                      BENJAMIN WAGNER
                                                                              United States Attorney
10
                                                                     By:           /s/ Todd Leras
11                                                                            TODD LERAS
                                                                              Assistant United States Attorney
12
13 Dated: April 9, 2013                                               /s/ Erin J. Radekin
                                                                              ERIN J. RADEKIN
14                                                                           Attorney for Defendant
                                                                              DIEP VU
15
   Dated: April 9, 2013                                               /s/ Dina Santos
16                                                                           DINA SANTOS
                                                                              Attorney for Defendant
17                                                                           HUNG PHAM
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of April 11, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on May 9, 2013 at 9:00 a.m.   The court finds excludable time in this matter through May 9, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Date:  April 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE