```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Hung Pham
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>DIEP VU,<br>HUNG PHAM,<br>         Defendants.<br>_____ | No. CR-S 10-284 MCE<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:   May 23, 2013<br>Time:  9:30 a.m.<br>Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Hung Pham; Attorney Douglas Erin Radikin, Counsel for Diep Vu, that the status conference scheduled for May 9, 2013, be vacated and the matter be continued to this Court's criminal calendar on May 23, 2013, at 9:30 a.m. for further status and possible change of plea.

    This continuance is requested by the defense in order to permit Counsel for Mr. Pham and Mr. Vu time to review a recently proposed plea agreement.

    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 23, 2013 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: May 7, 2013          /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for
                            Hung Pham

Dated: May 7, 2013          /S/ Erin Radekin
                            ERIN RADEKIN
                            Attorney for
                            Diep Vu

Dated: May 7, 2013          /S/ Todd Leras
                            TODD LERAS
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

In accordance with the foregoing stipulation, the status conference in this matter is hereby continued from May 9, 2013 to May 23, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Date: May 08, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                 2