DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Hung Pham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>HUNG PHAM,<br>            Defendants.<br>_____ | No. 2:10-cr-0284 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME (Amended)<br><br>Date   June 27, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Hung Pham; that the status conference scheduled for June 13, 2013, be vacated and the matter be continued to this Court's criminal calendar on June 27, 2013, at 9:00 a.m. for further status and possible change of plea.

This continuance is requested by the defense in order to permit Counsel for Mr. Pham time to address some possible changes to a recently proposed plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 27, 2013 date, and that Mr. Leras has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: June 12, 2013          /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for
                              Hung Pham

Dated: June 12, 2013          /S/ Todd Leras
                              TODD LERAS
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

In accordance with the foregoing stipulation, and good cause appearing, the status conference in this matter is hereby continued from June 13, 2013 to June 27, 2013 at 9:00 a.m. in Courtroom No. 7.

**IT IS SO ORDERED.**

Date: June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                    2