DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Hung Pham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00284 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| ) | |
| HUNG PHAM, ) | |
| Defendant. ) | Date   Aug. 22, 2013 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Hung Pham; that the status conference scheduled for August 1, 2013, be vacated and the matter be continued to this Court's criminal calendar on August 22, 2013, at 9:00 a.m. for further status and possible change of plea.

This continuance is requested by the defense in order to permit further negotiations and investigation regarding role in the offense which will affect the agreed upon guideline level in the plea agreement.  The parties are close to resolution but some final details need to be worked out before the case can resolve.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 22, 2013 date, and that Mr. Leras has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: July 30, 2013          /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for
                              Hung Pham

Dated: July 30, 2013          /S/ Todd Leras
                              TODD LERAS
                              Assistant United States Attorney
                              Attorney for Plaintiff

Stipulation and Order                    2

**O R D E R**

Pursuant to the parties' stipulation and good cause appearing therefrom, **IT IS SO FOUND and ORDERED.** The Court finds that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.  The status conference currently scheduled for August 1, 2013, is hereby vacated and continued to **August 22, 2013, at 9 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Date: August 02, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT