DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Hung Pham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 2:10-CR-00284 MCE |
| ) | |
| Plaintiff,      ) | |
| ) | STIPULATION AND ORDER VACATING |
| v.           ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| ) | |
| HUNG PHAM,                    ) | |
| Defendant.      ) | Date   Aug. 29, 2013 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. England |

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Hung Pham; that the status conference scheduled for August 22, 2013, be vacated and the matter be continued to this Court's criminal calendar on August 29, 2013, at 9:00 a.m. for further status and possible change of plea.

    This continuance is requested by the defense in order to permit Counsel to review some final changes contained within the proposed plea agreement and to meet with Mr. Pham regarding those changes.

    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 29, 2013 date, and that Mr. Leras has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: Aug. 20, 2013            /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for
                                Hung Pham

Dated: Aug.22, 2013             /S/ Todd Leras
                                TODD LERAS
                                Assistant United States Attorney
                                Attorney for Plaintiff

Stipulation and Order                    2

**O R D E R**

Pursuant to the parties' stipulation and good cause appearing, the status conference scheduled for August 22, 2013, is vacated and **continued to August 29, 2013, at 9:00 a.m.** in Courtroom 7.  The time period from August 22, 2013, until August 29, 2013, is excluded under Local Code T4 for the reasons stated in the stipulation.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Date: August 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT