UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | **RE:  Hung Ngoc Pham**<br>**Docket Number:  0972 2:10CR00284-002**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Hung Ngoc Pham is requesting permission to travel to Manila, Philippines. Hung Ngoc Pham is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On November 21, 2013, Hung Ngoc Pham was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Manufacture at Least 1,000 Marijuana Plants (Class A Felony).

**Sentence Imposed:**  30 months custody Bureau of Prisons; 48 months Supervised Release; $100 special assessment; Mandatory drug testing; No firearms; DNA collection.  Special Conditions: Search; Financial disclosure; No new credit/debt; Substance abuse treatment and testing; Cell phone restrictions and record disclosure; Mental health treatment; Drug offender registration; Cognitive behavioral treatment.

**Dates and Mode of Travel:**  Flying from San Francisco, California, on October 30, 2016, and returning on November 9, 2016.

**Purpose:**  To attend the wedding of his cousin, John Nguyen and Joanne Suarez.

1

RE: **Hung Ngoc Pham**
    **Docket Number:  0972 2:10CR00284-002**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Glenn P. Simon

Glenn P. Simon
Sr. United States Probation Officer

Dated:   July 27, 2016
         Sacramento, California
         GPS:cd

**REVIEWED BY:**   /s/ Glenn P. Simon for
                   **George A. Vidales**
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved            ☐   Disapproved

Dated:  July 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2