UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE: **Hung Ngoc Pham**<br>Docket Number: 0972 2:10CR00284-002<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Hung Ngoc Pham is requesting permission to travel to Cancun, Mexico. Hung Ngoc Pham is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 21, 2013, Hung Ngoc Pham was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Manufacture at Least 1,000 Marijuana Plants (Class A Felony).

**Sentence Imposed:** 30 months custody Bureau of Prisons; 48 months Supervised Release; $100 Special assessment; Mandatory drug testing; No firearms; DNA collection. Special Conditions: Search; Financial disclosure; No new credit/debt; Substance abuse treatment and testing; Cell phone restrictions and record disclosure; Mental health treatment; Drug offender registration; Cognitive behavioral treatment.

**Dates and Mode of Travel:** Flying from Sacramento, California, on May 22, 2018, and returning on May 29, 2018.

**Purpose:** To attend a family wedding.

1

**RE:** **Hung Ngoc Pham**
**Docket Number: 0972 2:10CR00284-002**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/Paul Mamaril
Paul Mamaril
United States Probation Officer

Dated: January 4, 2018
Sacramento, California

/s/Toni M. Ortiz
**REVIEWED BY:** **Toni M. Ortiz**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved  ☐   Disapproved

**Dated: January 4, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE